IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00359-PAB-KLM

BONNIE GARCIA, individually and as putative personal representative of the estate of Joshua Garcia,

    Plaintiff,

v.

COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,
THE STATE OF COLORADO,
JOHN DEQUARDO, individually,
JAMES SEWELL, M.D., individually, and
CORRINE MARTINEZ CASIAS, individually,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Corrine Martinez Casias' **Motion to Vacate Scheduling Conference** [Docket No. 20; Filed April 21, 2009] (the "Motion"). Although Plaintiff opposes the Motion, I find that Defendant has provided good cause for the relief requested.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for April 28, 2009 at 9:30 a.m. is **vacated** and **RESET** to **May 14, 2009 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.  Deadline for submission of the proposed scheduling order is on or before **May 11, 2009**.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **May 11, 2009**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated:  April 22, 2009

Case 1:09-cv-00359-PAB-KLM   Document 22   Filed 04/22/09   USDC Colorado   Page 2 of 2

Case 1:09-cv-00359-PAB-KLM   Document 22   Filed 04/22/09   USDC Colorado   Page 2 of 2

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated:  April 22, 2009