**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No.  09-cv-00359-PAB-KLM

BONNIE GARCIA,
individually and as personal representative of the estate of Joshua Garcia,

      Plaintiff,

v.

COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,
THE STATE OF COLORADO,
JOHN DEQUARDO, individually,
JAMES SEWELL, M.D., individually, and
CORRINE MARTINEZ CASIAS, individually,

      Defendants.

_____

**ORDER OF DISMISSAL OF DEFENDANT CASIAS WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal

[Docket No. 78].  The Court has reviewed the pleading and is fully advised in the

premises.  It is

**ORDERED** that the Stipulated Motion for Dismissal [Docket No. 78] is granted.  It

is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this

matter against defendant Corrine Martinez Casias are dismissed with prejudice, with

each party to bear its own attorneys' fees and costs.  It is further

**ORDERED** that defendant Casias's Motion to Dismiss Second Amended

Complaint [Docket No. 65] is denied as moot.

DATED September 18, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge