IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00359-PAB-KLM

BONNIE GARCIA, individually and as putative personal representative of the estate of Joshua Garcia,

      Plaintiff,

v.

COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,
THE STATE OF COLORADO,
JOHN DEQUARDO, individually, and
JAMES SEWELL, M.D., individually,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendants' Unopposed Motion to Amend Scheduling Order** [Docket No. 80; October 2, 2009] (the "Motion").  Although discovery is stayed as to Defendants Colorado Mental Health Institute at Pueblo and the State of Colorado ("State Defendants") [Docket No. 76], and I note that Plaintiff has agreed to dismiss her claims against State Defendants [Docket No. 71], all Defendants request to extend certain case deadlines in order to obtain necessary discovery.  Plaintiff does not oppose the relief requested.

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on May 14, 2009 [Docket No. 26] is amended to extend the following case deadlines:

- Expert Disclosure Deadline — **December 1, 2009**
- Rebuttal Expert Disclosure Deadline — **January 11, 2010**
- Discovery Deadline — **February 4, 2010**
- Dispositive Motions Deadline — **March 2, 2010**

      The Court notes that despite the fact that State Defendants joined in the filing of this Motion, the above deadlines do not apply to State Defendants during the pendency of the stay.  Should State Defendants wish to participate in discovery, they may do so only via leave of Court.

      Dated:  October 5, 2009