IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No.  09-cv-00359-PAB-KLM

BONNIE GARCIA,
individually and as personal representative of the estate of Joshua Garcia,

    Plaintiff,

v.

COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,
THE STATE OF COLORADO,
JOHN DEQUARDO, individually, and
JAMES SEWELL, M.D., individually,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation to Dismiss Plaintiff's Claims Against Defendant John DeQuardo With Prejudice [Docket No. 83].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant John DeQuardo are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 17, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge