IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00359-PAB-KLM

BONNIE GARCIA, individually and as putative personal representative of the estate of Joshua Garcia,

    Plaintiff,

v.

JAMES SEWELL, M.D., individually,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Extension of Discovery Deadlines and Vacation of Final Pretrial Conference** [Docket No. 91; Filed January 11, 2010] (the "Motion").  In the Motion, Defendant states that the parties have scheduled a private mediation on February 26, 2010, and they are hopeful that a resolution will be reached at the mediation.  In light of the scheduled mediation, the parties request that the Court extend certain discovery deadlines and vacate the Final Pretrial Conference.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on May 14, 2009 [Docket No. 26] and amended on October 5, 2009 [Docket No. 82]  is amended again to extend the following case deadlines:

- Rebuttal Expert Disclosure Deadline    **March 15, 2010**
- Discovery Deadline    **April 1, 2010**
- Dispositive Motions Deadline    **April 30, 2010**

    IT IS **FURTHER ORDERED** that the Final Pretrial Conference set for March 15, 2010 at 9:30 a.m. is **VACATED** and **RESET** for **May 24, 2010 at 11:00 a.m.** in Courtroom **C-204,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than May 17, 2010**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures <u>must</u> be

submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [www.cod.uscourts.gov](www.cod.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated:  January 13, 2010